UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X      Case No.: 20-cr 17(FB)
UNITED STATES OF AMERICA

      -against-                                                          PERMISSION TO WORK

GIBSON WINTERS
-------------------------------------------------------X

Dear Judge Block,

    I represent Mr. Gibson Winters on the above referenced case. On November 23, 2021, Mr. Winters pled guilty conspiring and selling approximately 28 grams of crack cocaine and was released from pretrial detention the next day. He is scheduled to be sentenced on September 15, 2022, at 3:30 p.m. One of the conditions of his release is that he seeks and secures employment. However, securing employment has been difficult given his open case before this Court, particularly because Pretrial Services will not approve employment if it is not in a stable location.

    Fortunately, Mr. Winters recently learned that a construction company, JRKXPRES, approved his application for employment and notified him that he can start on Monday, July 5, 2022. He was approved to start last Monday, June 27, 2022, but his request to appear was denied by Pretrial Services.

    When he informed the employer of the circumstances and spoke with the undersigned, the employer agreed to extend the offer if Mr. Winters can appear on July 5, 2022.

    If approved, Mr. Winters would work as flagger, laborer doing demolition, moving material to and from various job sites all located within the five boroughs of New York City.

Mr. Winters spoke to Pretrial Service Officer, Bianca Carter who has no objection to this request but indicated that the Court would need to approve the application in order for him to appear.

Dated: July 1, 2022  /s/ Camille Russell
      Westbury, NY  _____

Camille O. Russell, Esq
Attorney for Gibson Winters
Russell Law Group, PLLC
400 Post Avenue, Suite 401
Westbury, NY 11590
(516)876-9300- telephone
crussellesq@aol.com